# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1127

Elhassen Ndiaye v. Warden Philadelphia FDC, et al

(U.S. District Court No.: 2:25-cv-06007)

**ORDER**

It appearing that Elhassen Ndiaye having satisfied the Court that he/she is financially unable to obtain representation by counsel, it is

ORDERED that the Federal Community Defender Organization for the Eastern District of Pennsylvania is hereby appointed pursuant to 18 U.S.C. Section 3006A(a) to represent Elhassen Ndiaye in the above-captioned matter. This appointment will remain in effect until termination of this case or substitute counsel is appointed.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 22, 2026
PDB/cc: Jonah B. Eaton, Esq.
        Andrew R. Fuchs, Esq.
        Anthony St. Joseph, Esq.
        Maria Thomson,